**E-Filed 7/13/2011**

Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Benjamin R. Lemke, Esq. (Cal. Bar No. 271706)
Mount, Spelman & Fingerman, P.C.
Riverpark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: kspelman@mount.com; dfingerman@mount.com;
          blemke@mount.com

Counsel for San Francisco Technology Inc.

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| San Francisco Technology Inc.<br><br>            Plaintiff<br><br>vs.<br><br>Playtex Products Inc.<br><br>            Defendant | Case No. 5:10-cv-03250-JF-PSG<br><br>**Stipulation and [Proposed] Order to Continue Case Management Conference to Allow Time For Settlement** |

1  The parties stipulate and request that the Court enter an Order as follows:

2  1.  The parties have reached a settlement which would result in the dismissal of this case and avoid the need for a case management conference. The parties request a continuance of dates relating to the upcoming case management conference to allow time for a formal settlement agreement to be executed.

2.  A case management conference is currently scheduled for Friday, July 15, 2011 at 10:30 a.m. Accordingly, the Joint Case Management Statement is due to be filed Friday, July 8, 2011.

3.  The parties request that the court continue the case management conference to allow time for the parties to execute a formal written settlement agreement and dismiss this case. The parties request that the following dates be applied:

   a.  File the Joint Case Management Statement: Friday, July 22, 2011
   b.  Case Management Conference: Friday, July 29, 2011 at 10:30 a.m.

In accordance with General Order 45.X.B., Benjamin R. Lemke, counsel for SF Tech, attests that each other signatory listed below has concurred in this filing.

Date: July 7, 2011      Mount, Spelman & Fingerman, P.C.,
                        /s/ Benjamin R. Lemke
                        Counsel for San Francisco Technology Inc.

Date: July 7, 2011      Davis Wright Tremaine LLP
                        /s/ Martin L. Fineman
                        Counsel for Playtex Products LLC

Pursuant to stipulation, it is so ordered.

Date: 7/13/2011         _____
                        Jeremy Fogel, U.S. District Judge

**Certificate of Service**

1  
2     The undersigned certifies that the foregoing document was filed using the court's electronic  
3 filing system (ECF). The ECF system serves a "Notice of Electronic Filing" to all parties and  
4 counsel who have appeared in this action, who have consented under to accept that Notice as service  
5 of this document.

6 Date: July 7, 2011                          Mount, Spelman & Fingerman, P.C.,  
7                                                              /s/ Benjamin R. Lemke  
                                              Counsel for San Francisco Technology Inc.

MOUNT, SPELMAN & FINGERMAN, P.C.  
RIVERPARK TOWER, SUITE 1650  
333 WEST SAN CARLOS STREET  
SAN JOSE, CALIFORNIA 95110-2740  
TELEPHONE (408) 279-7000